# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Stearns, Richard G. | 2. Court or Organization<br><br>District Court of Massachusetts | 3. Date of Report<br><br>05/11/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Court Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Moakley Federal Courthouse, Suite 7130
One Courthouse Way
Boston, MA 02210

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Massachusetts Prosecutor's Guide |
| 2. | Trustee (non-compensated) | Vincent Memorial Board (Massachusetts General Hospital) |
| 3. | Member | American Bar Ass'n CEELI Council |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stearns, Richard G. | 05/11/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Massachusetts Prosecutor's Guide (Book Royalties) | $27,044.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FREE | August 25-29, 2014 | Bozeman, MT | Federal Law Clerks Seminar | Travel, meals, and lodging |
| 2. | European Space Agency | January 20-23, 2014 | Edinburgh, Scotland | Earth Satellite Observation Conference | Travel, meals, and lodging |
| 3. | NYIPLA | March 28-29, 2014 | New York, New York | Patent Law Society Dinner | Travel, meals, and lodging |
| 4. | Bio IP | April 23-25, 2014 | Rancho Mirage, CA | Patent Law Seminar | Travel and lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stearns, Richard G. | 05/11/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stearns, Richard G. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TECO Common | C | Dividend | L | T | | | | | |
| 2. Westar Common | B | Dividend | L | T | | | | | |
| 3. Bank of America Common | A | Dividend | L | T | | | | | |
| 4. Massachusetts Prosecutor's Guide Fidelity Account | C | Dividend | L | T | | | | | |
| 5. Bank of America MMF | A | Interest | J | T | | | | | |
| 6. Bank of America MMF Joint Savings | A | Interest | L | T | | | | | |
| 7. Citizens Bank Keogh 401K | B | Interest | M | T | | | | | |
| 8. State Street Bank 401K | A | Interest | N | T | | | | | |
| 9. Fidelity Growth & Income IRA | C | Dividend | N | T | | | | | |
| 10. Fidelity Equity Income II IRA | C | Dividend | N | T | | | | | |
| 11. Fidelity Utilities Fund IRA | B | Dividend | L | T | | | | | |
| 12. Bank of America IRA | A | Interest | M | T | | | | | |
| 13. Fidelity Cash Reserves | A | Dividend | P3 | T | | | | | |
| 14. Fidelity Government Bond IRA | A | Dividend | J | T | | | | | |
| 15. Citizens Bank Checking | A | Interest | J | T | | | | | |
| 16. Citizens Bank Savings | A | Interest | J | T | | | | | |
| 17. Bank of America Checking | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stearns, Richard G. | 05/11/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 4. The Massachusetts Prosecutor's Guide portfolio is invested in Fidelity Asset Manager (K), Fidelity Equity Income II (K), Fidelity Growth & Income (J), and Fidelity Spartan U.S. Treasury (J), all of which are mutual funds.

Part VII, line 7. This Keogh account is invested in certificates of deposit.

Part VII, line 8. This 401K Plan is invested in State Street Bank common stock and money market instruments.

Part VII, line 12. This IRA is invested in certiticates of deposit.

PartVII, line 18. On July 21, 2014, I invested M in Downtown Capital Partnership (a New York fund); on December 11, 2014, the fund distributed L; on December 24, 2014, I invested an additional J. Earnings for the year in Interest were B. All Values measured by T.

| Name of Person Reporting | Date of Report |
|---|---|
| Stearns, Richard G. | 05/11/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Richard G. Stearns**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544